[No. 5560–4–III.  Division Three.  March 6, 1984.]

*In the Matter of the Marriage of* PATRICIA K. RUTHERFORD, *Respondent, and* SAMUEL C. RUTHERFORD, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 24247, Charles W. Cone, J., entered December 13, 1982. *Affirmed as modified* by unpublished opinion per Munson, C.J., concurred in by Green and McInturff, JJ.

[No. 5245–1–III.  Division Three.  March 6, 1984.]

CARL BUNGE, ET AL, *Appellants, v.* BETTY W. BRUCE, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 81–2–03557–9, Clinton J. Merritt, J., entered June 11, 1982. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by McInturff and Thompson, JJ.

[No. 5938–3–III.  Division Three.  March 6, 1984.]

THE STATE OF WASHINGTON, *Respondent, v.* DAVID G. NESTEBY, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 83–8–00041–9, James B. Mitchell, J., entered June 24, 1983. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.